IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                                    2:12-cr-192-3

Edgar Rojas-Bello

ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 28) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to the lesser included offense of Count 1 of the indictment, conspiracy to possess with intent to distribute more than 100 grams of heroin in violation of 21 U.S.C. §§ 846 and 841, and he is hereby adjudged guilty on that lesser included offense of Count 1. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: November 27, 2012                s\James L. Graham
                                                James L. Graham
                                                United States District Judge