```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

      v.                            2:12-cr-192-2

Jose Flores Gomez

<u>ORDER</u>

     There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 48) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to the lesser included offense of Count 1 of the indictment, and he is hereby adjudged guilty on that offense.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.


Date: January 4, 2013        <u>      s\James L. Graham      </u>
                                 James L. Graham
                                 United States District Judge